United States District Court
Southern District of Texas
**ENTERED**
January 11, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT VANDERPLOEG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:20-CV-03748 |
| ATCO-VALLEY PLAZA, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS CAUSE came before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice, filed on January 9, 2021.

The Court has considered the notice and the pertinent portions of the record, and it is otherwise fully advised in the premises.

**ADJUDGED** that this cause is **DISMISSED** with prejudice as to Defendant, ATCO-VALLEY PLAZA, LLC, with each party bearing its own fees and costs.

All pending motions are denied as MOOT. This case is CLOSED.

DONE AND ORDERED in Chambers at Houston, Texas, this 11th day of January, 2021.

_George C. Hanks Jr._
GEORGE C. HANKS, JR.
United States District Judge

cc: All counsel of record